UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the March 13, 2010 Pacquiao/Clottey Broadcast,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES H. EGLEY, an individual, d/b/a EGLE'S SPORTS BAR,<br><br>　　　　　Defendant. | NO. CV-11-3007-EFS<br><br>**ORDER GRANTING PLAINTIFF'S NOTICE OF DISMISSAL** |

　　　Before the Court, without oral argument, is Plaintiff'S Notice of Dismissal. (ECF No. 7.) Plaintiff moves for voluntary dismissal of the above-captioned matter without costs and pursuant to Federal Rule of Civil Procedure 41(a)(1).

　　　Accordingly, **IT IS HEREBY ORDERED:**

　　　1. Plaintiff's Notice of Dismissal **(ECF No. 7)** is **GRANTED**.

　　　2. This file shall be **CLOSED**.

　　　**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to counsel.

　　　**DATED** this ___28th___ day of March 2011.

　　　　　　　　　　　　　　　S/ Edward F. Shea
　　　　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　　　　　United States District Judge

Q:\Civil\2011\3007.vol.dismiss.wpd
ORDER * 1